PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 25 2008

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Lee Langston | Case Number: 4:05CR00164-03 WRW |

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense:   Theft of government funds

Date of Sentence:   February 17, 2006

Sentence:   3 years probation, 3 months home detention, substance abuse treatment, disclosure of requested financial information, mental health treatment, $15,426.88 restitution, and $25 special penalty assessment

Type of Supervision:   Supervised Release       Date Supervision Commenced: February 17, 2006
                                                Expiration Date: February 16, 2009

Asst. U.S. Attorney: Karen Whatley        Defense Attorney: Lisa Peters

U.S. Probation Officer: Margaret N. Johnson
Phone No.: 501-604-5249

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall make monthly payments of 15% of his monthly gross income until the past due amount has been satisfied.

### CAUSE

Lee Langston's term of supervised release commenced on February 17, 2006, in the Southern District of Texas. He was court-ordered to make monthly restitution payments which totaled ten percent of his monthly gross income. From June 2007 through March 2008, Mr. Langston made one payment of $75. He is currently $1,817 delinquent in restitution payments. Mr. Langston has agreed to increase his monthly payment by five percent until his past due amount has been paid. Once the past due balance has been satisfied, the probation office will conduct a financial analysis to determine if his monthly payment should remain at 15%.

The Probation Form 49, Waiver of Hearing to Modify Conditions, was reviewed with him and he agreed to the modification. Defense counsel has no objections to this modification.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Lee Langston                    Case Number: 4:05CR00164-03 WRW

_____                         _____
Margaret N. Johnson                               Karen Whatley
U.S. Probation Officer                            Assistant U.S. Attorney

Date: June 24, 2008                               Date: 6/24/08

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[✓]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

6/25/08
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

MNJ/jkr

c:   Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490,
     Little Rock, AR 72201
     Assistant U.S. Attorney, Karen Whatley, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make monthly payments of 15% of his monthly gross income until the past due amount has been satisfied.

Witness: _____          Signed: _____
            U.S. Probation Officer                        Probationer or Supervised Releasee

            6-17-08
           _____
              DATE